PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** ALEX CERDA  
**Docket Number:** 03-00609-004  
**PACTS Number:** 37576

**Name of Sentencing Judicial Officer:** HONORABLE DICKINSON R. DEBEVOISE

**Date of Original Sentence:** 04/25/2005

**Original Offense:** Conspiracy to Distribute and Possession with Intent to Distribute more than 5 Kilograms of Cocaine, in violation of 21 U.S.C. § 846 [21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]

**Original Sentence:** 36 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release  
**Date Supervision Commenced:** 05/24/06

**Assistant U.S. Attorney:** Margaret Mahoney, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Marshal Wofsy, Esq., 255 Newark Avenue, Jersey City, New Jersey 07302 (201) 659-5500

---

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**   **Nature of Noncompliance**

1   The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'**

As per information provided by United States Probation Officer Christopher Moughan, from the Eastern District of Pennsylvania, on September 17, 2008, this officer conducted a field visit at the offender's last known residence in Bethlehem, Pennsylvania. A neighbor reported to the officer that Cerda and his mother had moved the previous week. The offender has not contacted this officer as directed to report his change of residence, nor to advise of his whereabouts. Efforts by the probation office to locate the offender have been unsuccessful; his current whereabouts are unknown.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

PROB 12C - Page 2
Alex Cerda

I declare under penalty of perjury that the foregoing is true and correct.

By: Diana Mercado
U.S. Probation Officer
Date: 10/17/08

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

October 17, 2008
Date