## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 03-609-004 (DRD) |
| v. : | ORDER HOLDING PETITION IN ABEYANCE AND DIRECTING THE IMMEDIATE RELEASE OF DEFENDANT |
| ALEX CERDA, : <br> Defendant. : | |

AND NOW, this 29th day of October, 2008, following a hearing on the Petition for Violation of Supervised Release for Offender Under Supervision, at which all parties were heard and jointly requested that this matter be held in abeyance, and good cause to hold this matter in abeyance having been established, it is hereby ORDERED that this matter be and hereby is held in abeyance. It is further ORDERED that Defendant Alex Cerda be and hereby is RELEASED from custody.

The United States Marshals are hereby directed to release the defendant, Alex Cerda, immediately from the custody of the United States Government.

_____
Dickinson R. Debevoise
United States District Court Judge