UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 03-cr-609 |
| ALEX CERDA | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Alex Cerda (Lisa Mack, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on May 24, 2006; and the defendant having waived the preliminary hearing and having entered a guilty plea on February 18, 2009 to having violated Condition No. 4, which required that he notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer; and for good cause shown;

IT IS on this 23rd day of February, 2009,

ORDERED that the defendant is adjudged guilty of having violated Condition No. 4 of his supervised release, which required that he notify the probation officer as directed;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of three months;

IT IS FURTHER ORDERED that Violation Nos. 1, 2, 3 and 5 of the Petitions filed January 30, 2009, are hereby dismissed; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge